DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

UNITED SOCCER LEAGUES, LLC,

Appellant,

v.

LAURENCE WYKE,

Appellee.

No. 2D2023-2279

_____

November 22, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Kathryn L. Ender and Seth V. Alhadeff of Dinsmore & Shohl LLP, Miami,
for Appellant.

John D. Goldsmith of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill &
Mullis, P.A., Tampa, for Appellee.

PER CURIAM.

    Dismissed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.